COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:   Howard Stern, as Executor of the Estate of Vickie Lynn Marshall
v. Elaine Marshall, Individually, as Independent Executrix of the
Estate of E. Pierce Marshall, as trustee of the Marshall
Grandchildren's Trust for the benefit of E. Pierce Marshall, Jr.,
as trustee of the Marshall Grandchildren's Trust for the Benefit
of Preston Marshall, as trustee of the Bettye B. Marshall Living
Trust, as trustee of the J. Howard Marshall, II, Marital Trust
Number Two, as trustee of the J. Howard Marshall, II, Living
Trust, as trustee of the E. Pierce Marshall Family Trust created
under the Bettye B. Marshall Living Trust Indenture dated
October 30, 1990, as trustee of the Marshall Petroleum, Inc.,
Stock Holding Trust, as trustee of the Marshall Heritage
Foundation, and as trustee of the Marshall Legacy Foundation; E.
Pierce Marshall, Jr., Individually, as trustee of the Marshall
Petroleum, Inc., Stock Holding Trust, as trustee of the Marshall
Heritage Foundation, and as trustee of the Marshall Legacy
Foundation; Preston Marshall, Individually, as trustee of the
Marshall Petroleum, Inc., Stock Holding Trust, as trustee of the
Marshall Heritage Foundation, and as trustee of the Marshall
Legacy Foundation; Robert McIntyre, as temporary administrator
of the Estate of J. Howard Marshall, II; Marshall Petroleum, Inc.
n/k/a Trof, Inc.; Trof, Inc., f/k/a Marshall Petroleum, Inc.; Finley
Hilliard, individually, as trustee of the Grantor Retained Annuity
Trust, as trustee of the J. Howard Marshall Charitable Lead
Trust, as trustee of the J. Howard Marshall, II, Liquidating Trust
Number Two, and as trustee of the J. Howard Marshall, II,
Family Trust; Ken Farrar, as trustee of the J. Howard Marshall,
II, Liquidating Trust Number One, and as trustee of the J.
Howard Marshall, II, Family Trust; and Dr. Stephen Cook, as
trustee of the J. Howard Marshall, II, Living Trust

Appellate case number: 01-02-00114-CV

Trial court case number:     276,815-402

Trial court:                    Probate Court No. 2 of Harris County

On May 6, 2014, Howard Stern, Executor of the Estate of Vickie Marshall, who is the sole remaining appellant in this cause,[1] filed a "Motion to Set Revised Briefing Schedule."  We grant the motion.

On March 13, 2014, we ordered the parties to provide written notice from the court reporter showing that one or more appellant had paid or made arrangements to pay the reporter's fee for preparing the record or we would consider and decide only those issues or points that do not require a reporter's record for a decision.  *See* TEX. R. APP. P. 34.6(b)(1), 35.3(b)(2), (b)(3), (c), 37.3(c).

On April 11, 2014, Stern filed a "Suggestion of Death of Vickie Lynn Marshall and Statement Regarding Counsel and the Reporter's Record," notifying the Court that "the grounds for [appellant's] appeal are not dependent upon a reporter's record and for that reason a reporter's record has not been requested."

Because Stern is the sole remaining appellant and has informed the Court that a reporter's record is not necessary and has not been requested, we will consider and decide only those issues or points that do not require a reporter's record for a decision.  *See* TEX. R. APP. P. 37.3(c).

Accordingly, we GRANT Stern's motion.  Stern's brief is ORDERED to be filed within 30 days of the date of this order.  *See* TEX. R. APP. P. 38.6(a).  Appellees' brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief.  *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ <u>Chief Justice Sherry Radack</u>
                              ☒ Acting individually     ☐ Acting for the Court

Date:  May 8, 2013

---

[1]     We granted Harvey R. Sorensen and Foulston & Siefken L.L.P.'s motion to dismiss on April 15, 2014, the Marshall Family Defendants' motion to dismiss on April 22, 2014, and J. Howard Marshall, III's motion to dismiss on May 8, 2014.